## Simkin *v.* McGovern, Appellant.

*Judgment—Opening judgment—Refusal to open—Abuse of discretion—Review.*

The Supreme Court will not reverse an order refusing to open a judgment, where it is not convinced of an abuse of discretion by the lower court in making the order.

Argued January 13, 1922. Appeal, No. 178, Jan. T., 1922, by defendant, from order of C. P. No. 5, Phila. Co., Dec. T., 1920, No. 5395, discharging rule to open judgment, in case of Jacob Simkin, trading as Owners' Auto

592     SIMKIN *v.* McGOVERN, Appellant.

Finance Co. v. Owen P. McGovern.   Before MOSCH-
ZISKER, C. J., FRAZER, WALLING, KEPHART and SCHAFFER,
JJ.   Affirmed.

Rule to open judgment.
The opinion of the Supreme Court states the facts.
Rule discharged.   Defendant appealed.

*Error assigned,* inter alia, was order, quoting it.

*Joseph M. Smith,* for appellant.

*Ralph S. Croskey,* with him *George J. Edwards, Jr.,*
for appellee.

PER CURIAM, February 6, 1922:
Judgment by confession was entered on a bailment con-
tract, for the balance due on a second-hand motor truck,
acquired by defendant from plaintiff; this appeal is
from a refusal to open the judgment. Since we are not
convinced of an abuse of discretion,
The appeal is dismissed.